VIRTUESQ LLC

CHRISTIAN L. KAMAU        10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com

Attorney for Plaintiff
STRIKE 3 HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Strike 3 Holdings LLC,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>John Doe Subscriber assigned IP address 72.130.167.111,<br><br>　　　　　　Defendant.<br>_____ | CIVIL NO. 1:22-cv-00459-JAO-WRP<br><br>**PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE** |

Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this application for entry of an order extending the time within which to effectuate service on John Doe Defendant and continuing the Rule 16 Scheduling Conference currently scheduled for May 30, 2023 at 9:00 a.m., and states:

1.　This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

1

2. Pursuant to the Court's Order Setting Telephonic Rule 16 Scheduling Conference filed October 18, 2023, the Rule 16 Scheduling Conference was originally scheduled for December 13, 2022 at 9:00 a.m. [CM/ECF 5].

3. On November 2, 2022, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information. [CM/ECF 8].

4. On November 4, 2022, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information. [CM/ECF 9]. Plaintiff issued the subpoena on or about December 18, 2022 and, in accordance with the time allowances provided to both the ISP and the Defendant, expected to receive the ISP's response on or about February 21, 2023.

5. Plaintiff received the ISP on or about March 10, 2023 and is currently conducting a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action prior to attempting to effect service of process on that individual.

6. Pursuant to the Court's November 4, 2022 Order [CM/ECF 9], Plaintiff is required to effectuate service on the Defendant no later than April 17, 2023.

7. On November 4, 2022, the Court continued the Scheduling Conference from December 13, 2022 to February 28, 2023 at 9:30 a.m. [CM/ECF 10].

8. On February 6, 2023, the Court issued an Order directing Plaintiff to file a Status Report by February 14, 2023. In compliance with the Court's February 6, 2023 Order, on February 14, 2023 filed a Status Report. [CM/ECF 11].

9. On February 14, 2023, Plaintiff filed its First Motion to Continue the Scheduling Conference. [CM/ECF 12]. On February 15, 2023, the Court granted Plaintiff's Motion and continued the Scheduling Conference to May 30, 2023. [CM/ECF 13].

10. Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended for an additional fifty (50) days, and thus the deadline to effect service be extended to June 6, 2023.

11. Prior to the Scheduling Conference, the parties are required to confer and submit to the Court a proposed Scheduling Conference Statement. Because the true infringer has not yet been identified, Plaintiff is unable to comply with the current deadline to confer and submit to the Court a proposed Scheduling Conference Statement. Additionally, Plaintiff is unable to anticipate the specific information required in the proposed Scheduling Conference Statement, including

3

issues such as timing, electronic discovery, or even whether Plaintiff will ultimately proceed against Defendant.

12. For the foregoing reasons, Plaintiff respectfully requests that the Scheduling Conference currently scheduled for May 30, 2023 be continued to July 11, 2023, or a date thereafter convenient to the Court's calendar. This extension and continuance should allow Plaintiff time to complete its further investigation, and, if a good faith basis continues to exist, to amend the Complaint, file a redacted version of the amended complaint, file a motion to be allowed to file unredacted versions of the amended complaint, summons and return of service under seal to protect defendant's potential privacy interests, and place the summons and Amended Complaint with the process server to attempt service of process.

13. This application is made in good faith and not for the purpose of undue delay.

14. This is Plaintiff's first request for an extension and second request for a continuance.

15. None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until June 6, 2023 and the Telephonic Scheduling Conference currently scheduled

for May 30, 2023, be continued to July 11, 2023, or a date soon thereafter convenient to the Court's calendar.

DATED: Honolulu, Hawaii, April 17, 2023.

                                      /s/ Christian L. Kamau
                                      CHRISTIAN L. KAMAU
                                      Attorney for Plaintiff
                                      STRIKE 3 HOLDINGS, LLC